CRIMINAL CAUSE FOR SENTENCING

BEFORE: ROSS, U.S.D.J.        OCT.20,2020        Time: 2:00pm

CR-19-159 _____                DEFT NUMBER: ____

DEFT NAME: **Cornalious Cooper** _____

    X present _____ not present _____ cust. _____ X bail

DEFENSE COUNSEL: **Ashley Burrell & Amanda David**

    X present _____ not present _____ CJA _____ RET. _____ XLAS


**A.U.S.A.: Philip Pilmar** _____    CLERK: D. La Salle

Reporter: C. Heading _____    PO: Alyssa Lopez

INT: ____ (LANG.- _____ )_____


XXX  CASE CALLED.   ___ SENTENCING ADJ'D TO _____.

X    SENTENCING HELD.   x   STATEMENTS OF DEFT AND COUNSEL HEARD.

x    DEFT SENTENCED ON COUNT   One                OF THE

    Indictment.

    Defendant is sentenced to time served to be followed by a year of supervised release. A special assessment of $25.00 is imposed.

_____

 REMAINING OPEN COUNTS ARE DISMISSED ON ___ GOVTS MOTION

                                                                                   ___ COURT'S MOTION

x    COURT ADVISED DEFT OF RIGHT TO APPEAL.   ___ I.F.P. GRANTED.

___  DEFT REMANDED.        ___ DEFT ON BAIL PENDING APPEAL.

**OTHER:** _____